CITIZENS FIRST NATIONAL BANK OF FRANKFORT, Appellant, v. ROBERT A. PARKINSON, Respondent.—

1056

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [178 Misc. 630.]